**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TONY DANIELS,
ADC #157064                                                                                                    PLAINTIFF

V.                                              4:16CV00635 SWW/JTR

DOC HOLIDAY,
Sheriff of Pulaski County, et al.                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.Daniels's claim against the PCRDF is DISMISSED WITH PREJUDICE.

2.Daniels' claim against Aramark and Holiday are DISMISSED WITHOUT PREJUDICE.

3.Dismissal constitutes a STRIKE, as defined by 28 U.S.C. § 1915(g).

4.It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 27th day of October, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE