# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TONY DANIELS,
ADC #157064                                                                                                PLAINTIFF

V.                            4:16CV00635 SWW/JTR

DOC HOLIDAY,
Sheriff of Pulaski County, et al.                                                                  DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this day, Daniels's claims are dismissed. This case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 27th day of October, 2016.

/s/Susan Webber Wright
UNITED    STATES    DISTRICT    JUDGE